■ ROSE CHERTOFF, Appellant, v. MARY GAGOLA, Respondent.— Appeal dismissed unless records and briefs are filed and served on or before January 23, 1962.

■ JAMES V. GRIFFO, Respondent, v. ALFRED TAURIELLO, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of ED GUTH REALTY, INC., v. BENJAMIN M. GINGOLD, as Commissioner of Assessment of the City of Syracuse, New York.— Appeal dismissed unless records and briefs are filed and served on or before February 28, 1962. Appellant's application to dispense with printing of that portion of the testimony in the Putnam Theatrical Corporation case that was stipulated in evidence in this case granted.

■ VIRGINIA KELLOGG et al., Appellants, v. HOWARD KELLOGG, JR., et al., Respondents.— Motion to dismiss appeal denied with leave to renew upon argument of the appeal.

■ KENNETH F. REISS et al., Doing Business as REISS GAME PRESERVE, Respondents, v. DICK MILLER, Appellant.— Appeal dismissed for failure to comply with previous order.

■ ARTHUR SCHNEIDER, Appellant, v. PHINA K. SCHNEIDER, Respondent. — Motion to extend time for filing records and briefs denied and appeal dismissed for failure to comply with previous order.

■ SCRIVENER & RICE, INC., Respondent, v. TOWN HOUSE OPERATORS, INC., Appellant.— Motion granted and appeal dismissed.

■ THELMA T. WART, Appellant, v. JOHN T. BARRY, Respondent.— Motion granted and appeal dismissed.

■ EDWIN A. URBAN, Respondent, v. BETTY W. URBAN, Appellant.— Order of dismissal for failure to prosecute entered pursuant to rule X of the Rules of the Appellate Division, Fourth Department.

■ HAROLD L. WEICHMAN, Appellant, v. TOWN OF IRONDEQUOIT et al., Respondents.— Order of substitution of appellant entered.

■ CLYDE A. DICKERSON, Respondent, v. HELMA V. JOHNSON, Appellant. — Motion granted and order of substitution of party entered.

■ JOHN LAUGHING, Respondent, v. UTICA STEAM ENGINE & BOILER WORKS et al., Appellants, et al., Defendants.— Appeal of Utica Steam Engine & Boiler Works dismissed unless brief is served and filed by January 22, 1962. Case added to February Term Calendar. If respondent's brief is not filed by February 1, 1962, case will be deemed submitted without a brief from respondent.

■ HARRY S. ROHLOFF et al., Respondents, v. STANLEY S. LOMBARDO et al., Appellants.— Motion for a stay denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS H. SCOTT, Appellant.— Motion granted and time for argument of appeal enlarged to include March 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DE FRANK, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW CHRISTIE, Appellant.— Motion to enlarge time for argument of appeal granted on condition appellant's brief is filed and served on or before February 28, 1962. Respondent directed to file brief by March 15, and appeal to be argued at March 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. BOGAN, Appellant.— Motion granted and time for filing of respondent's brief enlarged to February 15, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARY W. ODDY and HARRY L. BARR, Appellants.— Motion of appellant Barr granted to enlarge time for argument of appeal to include March 1962 Term.